Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Larnell Jones, Jr.**                                                  **Docket No. 04-00036-001**

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Larnell Jones, Jr., who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 3rd day of December 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- Shall pay a special assessment of $100.
- Shall not possess a firearm or destructive device.
- Shall cooperate in the collection of DNA, as directed by the probation officer.
- Shall not illegally possess a controlled substance.
- The defendant is prohibited from consuming alcohol.

12/03/04:   Possession of a Firearm by a Convicted Felon; 46 months' imprisonment, to be followed by 3 years' supervised release.
12/11/06:   Released to supervision; Currently supervised by U.S. Probation Officer Shannon Smith Meyers.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the client has violated the following conditions of supervised release:

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician.**

Urine samples obtained from the supervised releasee on January 26, February 22, and July 16, 2007, tested positive for marijuana usage. On December 12, 2006, the supervised releasee was arrested by the City of Pittsburgh Police Department and charged with Driving Under the Influence. On July 14, 2007, the supervised releasee was arrested by the West Mifflin Police Department and charged with Driving Under the Influence.

**Shall not possess a firearm or destructive device.**

On December 12, 2006, the supervised releasee was arrested by the City of Pittsburgh Police Department and charged with Firearms Not to be Carried Without a License. On July 14, 2007, the supervised releasee was arrested by the West Mifflin Police Department and charged with Firearms Not to be Carried Without a License.

U.S.A. vs. Larnell Jones, Jr.
Docket No. 04-00036-001
Page 2

**The defendant is prohibited from consuming alcohol.**

On December 12, 2006, the supervised releasee was arrested by the City of Pittsburgh Police Department and charged with Driving Under the Influence. On July 14, 2007, the supervised releasee was arrested by the West Mifflin Police Department and charged with Driving Under the Influence.

**Shall not commit another federal, state, or local crime.**

On December 12, 2006, the supervised releasee was arrested by the City of Pittsburgh Police Department and charged with Driving Under the Influence, Receiving Stolen Property, Theft By Unlawful Taking, and Firearms Not to be Carried Without a License. On July 14, 2007, the supervised releasee was arrested by the West Mifflin Police Department and charged with Driving Under the Influence, Receiving Stolen Property, and Firearms Not to be Carried Without a License.

**Shall report to the probation officer as directed by the Court or the probation officer and shall submit a truthful and complete written report within the first five days of each month.**

The supervised releasee has failed to submit written monthly reports for February, March, May, and June 2007.

**Shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**

The supervised releasee failed to notify this officer of his December 12, 2006, arrest, as well as his July 14, 2007, arrest.

PRAYING THAT THE COURT WILL ORDER a bench warrant be issued for the arrest of the supervised releasee for alleged violations of supervision and that bond be set at $_____. By a US Magistrate Judge.

ORDER OF COURT
Considered and ordered this 14th day of Aug 20 07 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   August 2, 2007

_____
Shannon Smith Meyers
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania