Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2007 SEP -4 PM 3: 14
CLERK
U S DISTRICT COURT

U.S.A. vs. Larnell Jones, Jr.                                     Docket No. 04-00036-001

### Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Larnell Jones, Jr., who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 3rd day of December 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- Shall pay a special assessment of $100.
- Shall not possess a firearm or destructive device.
- Shall cooperate in the collection of DNA, as directed by the probation officer.
- Shall not illegally possess a controlled substance.
- The defendant is prohibited from consuming alcohol.

12/03/04:   Possession of a Firearm by a Convicted Felon; 46 months' imprisonment to be followed by 3 years' supervised release.
12/11/06:   Released to supervision; Currently supervised by U.S. Probation Officer Shannon Smith Meyers.
08/14/07:   Petition signed, Judge Lancaster; Warrant issued.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the client has violated the following conditions of supervised release:

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance or any paraphernalia related to such substances, except as prescribed by a physician.**

Urine samples obtained from the supervised releasee on July 26, August 2, and August 9, 2007, tested positive for marijuana usage.

**Shall not commit another federal, state, or local crime.**

On August 24, 2007, the District Attorney of Allegheny County filed two additional charges, by way of information, at Case No. CC200708461. The charges which were added are as follows: Persons Not to Possess, Use, Etc., a Firearm; and Driving Under the Influence of Alcohol or Controlled Substance - .16 percent or greater.

U.S.A. vs. Lamell Jones, Jr.
Docket No. 04-00036-001
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the afore-cited alleged violations of supervision be incorporated as part of the Petition Action previously made a part of the records in this case on August 14, 2007.

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 6th day of Sept, 2007 and ordered filed and made a part of the records in the above case.<br><br>_____<br>U.S. District Judge | Executed on September 4, 2007<br><br>_____<br>Shannon Smith-Meyers<br>U.S. Probation Officer<br><br>_____<br>Paul J. Dippolito<br>Supervising U.S. Probation Officer<br><br>Place: Pittsburgh, Pennsylvania |