Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Larnell Jones, Jr.　　　　　　　　　　　　　　　　　　Docket No. 04-00036-001

### Second Supplemental Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Larnell Jones, Jr., who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 3rd day of December 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.
- Shall pay a special assessment of $100.
- Shall not possess a firearm or destructive device.
- Shall cooperate in the collection of DNA, as directed by the probation officer.
- Shall not illegally possess a controlled substance.
- The defendant is prohibited from consuming alcohol.

| | |
|---|---|
| 12/03/04: | Possession of a Firearm by a Convicted Felon; 46 months' imprisonment to be followed by 3 years' supervised release. |
| 12/11/06: | Released to supervision; Currently supervised by U.S. Probation Officer Shannon Smith Meyers. |
| 08/14/07: | Petition signed, Judge Lancaster; Warrant issued. |
| 09/06/07: | Supplemental petition signed, Judge Lancaster. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the client has violated the following condition of supervised release:

**Shall not commit another federal, state, or local crime.**

On September 26, 2007, a federal grand jury sitting in the Western District of Pennsylvania charged the defendant with two counts of Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. §922(g)(1), for offenses that occurred on December 12, 2006, and July 14, 2007.

U.S.A. vs. Larnell Jones, Jr.
Docket No. 04-00036-001
Page 2

**PRAYING THAT THE COURT WILL ORDER** that the afore-cited alleged violation of supervision be incorporated as part of the Petition Action previously made a part of the records in this case on August 14, 2007.

ORDER OF COURT

Considered and ordered this 16 day of June, 2008 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 12, 2008

_____
Shannon Smith Meyers
U.S. Probation Officer

_____
Paul J. Dippolito
Supervising U.S. Probation Officer

Place: Pittsburgh, Pennsylvania